[No. 1448-3.    Division Three.    June 3, 1976.]

PEND OREILLE COUNTY, *Respondent*, v. EDWARD M. TESDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 6459, B. J. McLean, J., entered February 3, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 3215-1.    Division One.    June 7, 1976.]

DORIS W. BASSAN, *Appellant*, v. MORTON E. BASSAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-50929, Howard J. Thompson, J., entered July 11, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Andersen, JJ.

[No. 3519-1.    Division One.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW NICHOLAS EVICH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8589, Byron L. Swedberg, J., entered December 16, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Callow, JJ.

[No. 3547-1.    Division One.    June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. J. C. MANASSA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69248, David W. Soukup, J., entered December 19, 1974. *Affirmed* by unpublished per curiam opinion.